

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2019

No. 04-18-00623-CR

Matthew **SERNA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-05-0186-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on October 2, 2018. After numerous orders had been entered regarding the filing of the record, the court reporter responsible for filing the reporter's record, Ms. Leticia Escamilla, filed a notification of late record on March 5, 2019, stating she first learned the appellant is represented by retained counsel on March 3, 2019, despite having been served with a copy of the notice of appearance filed by appellant's retained counsel on October 10, 2018. Appellant's attorney then filed a motion on March 18, 2019, noting he would be filing a motion with the trial court by March 19, 2019, requesting the trial court to order the reporter's record to be furnished without charge. *See* TEX. R. APP. P. 20.2.

By order dated March 21, 2019, this court abated this appeal to the trial court to rule on the motion appellant's attorney represented would be filed. On March 21, 2019, appellant's attorney filed an advisory stating the motion would be filed in the trial court by March 25, 2019. On April 11, 2019, the trial court clerk caused a supplemental clerk's record to be filed containing the clerk's letter stating no motion had been filed. On April 15, 2019, a deputy clerk of this court contacted appellant's attorney who stated he was having difficulty meeting with his client and would be filing a written explanation in this court. No written explanation has been filed.

It is therefore ORDERED that appellant's attorney file written proof no later than April 29, 2019, that either: (1) the Rule 20.2 motion has been filed with the trial court; or (2) the fee

for preparing the reporter's record has been paid. If appellant's attorney fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court